WILLIAM A. ELLIS, Appellant, *v.* FEENEY & SHEEHAN BUILDING COMPANY, Respondent.

*Conversion — sale of personal property by receiver in bankruptcy — sale of same property to another by trustee in bankruptcy — second purchaser cannot maintain action in conversion against first purchaser.*

*Ellis* v. *Feeney & Sheehan Building Co.*, 187 App. Div. 481, affirmed.

(Argued November 23, 1920; decided December 7, 1920.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 8, 1919, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial. The action was to recover for the alleged wrongful conversion of personal property. The property in question was sold and delivered to defendant by Alfred L. Rose, as receiver of F. T. Nesbit & Co., on May 18, 1914. Subsequently on April 14, 1915, said Alfred L. Rose, who had

meanwhile been appointed as trustee in bankruptcy of said F. T. Nesbit & Co., sold the remaining assets, then in his possession, to plaintiff's assignor. Plaintiff claimed that the sale to defendant by Rose as receiver was not authorized by the Bankruptcy Court, and, therefore, void and that the title to said property vested in plaintiff's assignor upon the execution and delivery to it of the aforesaid bill of sale by Rose as trustee. The Appellate Division held that the sale by the receiver was not void; that if there was any irregularity the remedy was in the Bankruptcy Court and that it could not be attacked in an action, by one who was not a creditor of the estate, against the purchaser.

*William J. Reid* and *Paul Armitage* for appellant.

*I. J. Beaudrias, Raeburn W. Jenkins* and *Joseph A. Murphy* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, McLAUGHLIN, CRANE and ANDREWS, JJ.